UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61588-CIV-ALTONAGA/Seltzer

**ALTTRIX, LLC**, *et al.*,

    Plaintiffs,
v.

**MOBILEWARE, INC.**, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendants' Motion for Extension of Time to Respond to the Complaint [ECF No. 6]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendants shall file a combined response to the Complaint, or separate answers, on or before **September 12, 2017**. **The deadline for compliance with the Order of August 28, 2017 [ECF No. 5] will not be extended.**

**DONE AND ORDERED** in Miami, Florida this 31st day of August, 2017.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record