UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-61588-CIV-ALTONAGA/Seltzer

ALTTRIX, LLC, *et. al.*,

 Plaintiffs,
v.

MOBILEWARE, INC., *et al.,*

 Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

 Defendants MobileWare, Inc. and GlobalWare, Inc. (collectively, the "Defendants"), through the undersigned counsel and pursuant to applicable Federal Rules of Civil Procedure, the Local Rules for the United States District Court, Southern District of Florida, and this Court's Interested Persons Order hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Alttrix, LLC – Plaintiff**
- **Global Data Telecom, LLC - Plaintiff**
- **MobileWare, Inc. – Defendant**
- **GlobalWare, Inc. – Defendant**
- **David F. Tamaroff, Lipscomb & Partners, PLLC – Plaintiffs' Counsel**
- **Niels P. Murphy, Murphy & Anderson, P.A. – Defendants' Counsel**

1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person may be entitle to restitution:

   **None known at this time.**

The undersigned hereby certifies that, except as disclosed above, he is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing of any such conflict.

**MURPHY & ANDERSON, P.A.**

/s/ *Niels P. Murphy*
**NIELS P. MURPHY**
Florida Bar No.:  0065552
nmurphy@murphyandersonlaw.com
scassidy@murphyandersonlaw.com
1501 San Marco Boulevard
Jacksonville, Florida  32207
904-598-9282 (phone)
904-598-9283 (fax)
*Trial Counsel for Defendants MobileWare, Inc. and GlobalWare, Inc.*

CASE NO.  17-61588-CIV-ALTONAGA/Seltzer

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 6, 2017 the foregoing was furnished via the CM/ECF filing system to the following:
David F. Tamaroff, Esq.
Lipscomb & Partners, PLLC
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
Email: dt@lipscombpartners.com
*Attorney for Plaintiffs*

              */s/ Niels P. Murphy*
               Attorney